UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAIMA FARROW,<br><br>    Plaintiff,<br><br>  v.<br><br>TWENTY-FIRST CENTURY FOX, INC., FOX NEWS NETWORK LLC, KIM JACOBSON, in her individual and professional capacities and JUDITH SLATER, in her individual and professional capacities,<br><br>    Defendants. | Case No. 1:17-cv-03836 (AKH)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between all parties to this action, Plaintiff Naima Farrow and Defendants Twenty-First Century Fox, Inc., Fox News Network, LLC, Kimberly Ho (identified as "Kim Jacobson" in the Complaint in this action), and Judith Slater, through their designated counsel, that the above-captioned action be and is hereby **DISMISSED IN ITS ENTIRETY WITH RESPECT TO ALL DEFENDANTS**, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  It is so stipulated.

Dated: December 19, 2017

WIGDOR LLP

By: _____
Douglas H. Wigdor
Jeanne M. Christensen
Michael J. Willemin

85 Fifth Avenue
New York, New York 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

*Attorneys for Plaintiff Naima Farrow*

Dated: December ___, 2017

DLA PIPER LLP (US)

By: _____
Eric J. Wallach
Joseph A. Piesco
Garrett D. Kennedy

1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212) 335-4501

*Attorneys for Defendants Twenty-First Century Fox, Inc., Fox News Network, LLC, and Kimberly Ho*

Dated: December 21, 2017

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By: *(signature)*
Catherine M. Foti
Curtis B. Leitner
Nicole L. Buseman

565 Fifth Avenue, 9th Floor
New York, New York 10017
Tel.: (212) 880-9530
Fax: (212) 856-9494

*Attorneys for Defendant Judith Slater*